# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2127
_____

BRENDA MCCASTLE,

Appellant,

v.

MCDELT LLC,

Appellee.

_____

On appeal from the County Court for Escambia County.
Barry Dickson, Jr., Judge.

November 21, 2025

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROWE and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brenda McCastle, Appellant, pro se.

T. David Mann, of David Mann & Associates, Pensacola, for Appellee.